HENRY A. ALLEN, APPELLANT, v. CITY OF PATERSON ET AL., RESPONDENTS.

Submitted December 10, 1923—Decided April 17, 1924.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 661.

For the appellant, *Randal B. Lewis.*

For the respondents, *Harry J. Breen* and *Rosencrans & Rosencrans.*

For the city of Paterson, *Edward F. Merrey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court delivered by Mr. Justice Minturn, except that we express no opinion upon that part of the Supreme Court's deliverance which deals with the validity of any part of the zoning ordinance of the city of Paterson, because no reason was filed in the Supreme Court for setting aside the resolution under review, which raised that question.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, CLARK, JJ.  11.

*For reversal*—None.